UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――――――――
TERRENCE TURNER,

                Plaintiff,

       -against-

ANTHONY ANNUCCI, COMMISSIONER,
NYS DOCCS, et al.,

               Defendants.
―――――――――――――――――――――――――――

23-CV-6897 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

On August 25, 2023, the Court received from Plaintiff a letter stating that he would like to withdraw this action. (ECF 5.) The Court construes Plaintiff's submission as a motion for voluntary dismissal under Rule 41(a) of the Federal Rules of Civil Procedure. The Court grants Plaintiff's request. The Court dismisses this action without prejudice under Fed. R. Civ. P. 41(a).

## CONCLUSION

This action is voluntarily dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a). All other pending matters in this case are terminated. This order closes this case.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:  August 28, 2023
           New York, New York

                                /s/ Laura Taylor Swain
                                  LAURA TAYLOR SWAIN
                               Chief United States District Judge